FILED IN
ARAPAHOE COUNTY
COMBINED COURT COLORADO
2017 JAN 24  AM 11:41

DATE FILED: January 24, 2017
CASE NUMBER: 2017CV30

☐ Small Claims ☐ County Court ☒ District Court
☐ Probate Court ☐ Juvenile Court
ARAPAHOE COUNTY COMBINED COURT
Arapahoe County, Colorado
Court Address: 7325 S. POTOMAC STREET
CENTENNIAL, CO 80112

[Insert appropriate party designations & names]

Aaron Spontaneo AKA Aaron Jackson
Pro Sales & Marketing LLC
v.
Hiscox Inc.

Attorney or Party Without Attorney: (Name & Address)
Pro Sales & Marketing LLC, Aaron Jackson,
AKA Aaron Spontaneo

Phone Number: 602-999-3855
FAX Number:
E-mail: aljackson7103@gmail.com
Atty. Reg. #:

▲ COURT USE ONLY ▲
Case Number: 17CV30
Div.: Ctrm: 202

Insert Title of Form: Complaint

## Complaint

Plaintiff Pro Sales & Marketing LLC (ProSales), Aaron Jackson AKA Aaron Spontaneo (together "Plaintiffs") alleges as follows.

### Count 1
(Breach of Agreement made in Business Policy)

1. Hiscox denied several claims civil covered in Pro Sales & Marketing Business Insurance Policies UDC-1469413 EO-14 & UDC 1469413-EO-14.

2. Hiscox covers civil law suits filed against ProSales, Aaron Jackson.

### Count 2
(Unjust Enrichment against Hiscox)

3. Aaron Jackson purchased insurance from defendant to cover himself and business, from lawsuits and unpredictable situations that may happen from owning a business.

4. Hiscox has made a conclusion Pro Sales & Marketing has committed illegal acts even though there are no convictions.

pg 1 of 2
paid $224.00
Exhibit A

5. Hiscox denies claims, and only benefits from ProSales & Marketing & Aaron Jackson.

- Hiscox benefitted from payments made by ProSales & Aaron for several years (7/01/2014 to Present) (Exhibit 1)

6. Wherefore, ProSales & Marketing & Aaron Jackson AKA Aaron Spontaneo demands judgment for damages against Hiscox Inc. in the amount of $799,000.00

Respectfully submitted by Plaintiff,

By: Aaron Spontaneo fka Aaron Jackson
7600 E. Caley Ave
Apt 1335
Centennial CO 80111
Tel: 602-999-3855
aljackson703@gmail.com

Exhibit A pf 2