IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 17-cv-00432-MEH

AARON SPONTANEO, a/k/a Aaron Jackson, and
PROSALES & MARKETING LLC,

    Plaintiffs,

v.

HISCOX, INC.,

    Defendant.

## ORDER CLOSING CASE

Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 17, 2016; ECF No. 18]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 20th day of March, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge